UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

        Plaintiff,

 v.

DONALD TRUMP, et al.,

        Defendant.

CASE NO. C25-5249 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge David Christel's Report and Recommendation (R&R), Dkt. 4, recommending the Court deny pro se vexatious litigant John Demos's application to proceed *in forma pauperis* and dismiss this case without prejudice and without leave to amend. Demos is the subject of a 1992 bar order in this District (and other bar orders in other jurisdictions). *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992). He claims that the President and other politicians are responsible for his 1978 conviction and sentence. He does not and cannot comply with the bar order's requirement that any proposed filing be "accompanied by an affidavit affirming that the claims have not been presented in any other action in any court and that [Plaintiff] can and will produce evidence to support his claims." 1992 Bar

ORDER - 1

Order at 3. Additionally, under 28 U.S.C. § 1915(g), Demos must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had numerous prior actions dismissed as frivolous, malicious, or for failure to state claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Dkt. 4 at 2.

A district judge must determine de novo any part of a magistrate judge's proposed disposition *to which a party has properly objected*. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Demos has not objected to the R&R, and it is not clearly erroneous or contrary to law. The R&R is **ADOPTED**, Demos's application to proceed *in forma pauperis* is **DENIED**, and this matter is **DISMISSED** without prejudice and without leave to amend.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2025.

BENJAMIN H. SETTLE
United States District Judge